MOE B. RUBIN, as Assignee of NETTIE RUBIN, Appellant, v. MARY KOPPELMAN et al., Respondents.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

AUGUST J. SCHAEFER, as Guardian ad Litem for SHIRLEY SCHAEFER, et al., Appellants, v. RENEE AMAR et al., Respondents.— No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.